In re:  Case No. 25-03090-MJC
Troy Robert Kline  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 02, 2025      Form ID: ntcnfhrg      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Robert Kline, 132 Laurel Dr, Lehighton, PA 18235-9032 |
| 5753930 | + | ComenityBank/KayJewelers, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5753933 | + | Jodi S. Breiner, 132 Laurel Dr, Lehighton, PA 18235-9032 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2025 19:07:53 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5754686 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2025 19:07:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5758826 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2025 19:08:07 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5753926 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2025 18:58:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5753927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2025 19:08:03 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5753928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2025 19:08:01 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5753929 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 02 2025 18:57:47 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 5755685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 02 2025 18:55:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5753931 | + | Email/Text: mrdiscen@discover.com | Dec 02 2025 18:58:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5753934 | + | Email/Text: Documentfiling@lciinc.com | Dec 02 2025 18:58:00 | LendingClub Bank NA, 595 Market St - Ste 200, San Francisco, CA 94105-2802 |
| 5753935 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 02 2025 18:58:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5753936 | | Email/Text: bankruptcy@nbtbank.com | Dec 02 2025 18:59:00 | NBT Bank, PO Box 351, Norwich, NY 13815 |
| 5753937 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2025 18:58:00 | PNC Bank Card Services, PNC CB Investigations, PO Box 5580, Cleveland, OH 44101 |
| 5753938 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 02 2025 18:59:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5753939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 18:56:59 | SYNCB/Car Care Summit, PO Box 71786, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19176-2786 |
| 5753940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:03 | SYNCB/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5753941 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 02 2025 18:58:00 | Synovus Bank/GS Loan SVCS, 5565 Glendridge Connector, Atlanta, GA 30342-4756 |
| 5753942 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2025 19:08:02 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5753932 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 02 2025 18:59:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5753943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | Zales Credit Card, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Troy Robert Kline ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Troy Robert Kline,   Chapter   13

**Debtor 1**

Case No.   5:25−bk−03090−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2025 |

ntcnfhrg (08/21)