Certificate Number: 17082-PAM-DE-040435569

Bankruptcy Case Number: 25-03090



17082-PAM-DE-040435569

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 21, 2025</u>, at <u>3:55</u> o'clock <u>PM MST</u>, <u>TROY KLINE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 21, 2025</u>　　　By:　<u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　Name:　<u>Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　Title:　<u>Executive Director</u>